

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-14-00317-CR
### No. 10-14-00318-CR

**JESSE WAYLON WALKER,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**

_____

### From the 82nd District Court
### Falls County, Texas
### Trial Court Nos. 9387 and 9408

_____

## MEMORANDUM OPINION

_____

Appellant Jesse Waylon Walker appeals pro se from two plea-bargained judgments of conviction. The trial court's certification of defendant's right of appeal in each case states that the defendant waived the right of appeal. *See* TEX. R. APP. P. 25.2(d). The judgments in each case reflect a guilty plea, and in his notices of appeal, Walker admits that he pleaded guilty under a plea bargain.

In his notices, Walker asserts that he received ineffective assistance of counsel and that he pleaded guilty "under duress by counsel," but those are insufficient grounds for continuing these direct appeals. *See* TEX. R. APP. P. 25.2(a)(2); *Pena v. State*, 323 S.W.3d 522, 525-26 (Tex. App.—Corpus Christi 2010, no pet.); *Webb v. State*, 244 S.W.3d 543, 547 (Tex. App.—Houston [1st Dist.] 2007, no pet.).

Furthermore, sentence was imposed in each case on July 24, 2014, and his notices of appeal were filed on October 10, 2014. Walker's notices of appeal are untimely, and we have no jurisdiction of an untimely appeal. *See* TEX. R. APP. P. 26.2(a)(1) (requiring the filing of notice of appeal within 30 days of sentence being imposed); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no appellate jurisdiction where notice of appeal is untimely).

For the above reasons, these appeals are dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeals dismissed
Opinion delivered and filed October 23, 2014
Do not publish
[CRPM]

